AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America<br>v.<br>LUIS NINO-MONCADA<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 26-mj-00004<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT
### BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 8, 2026__ in the county of __Multnomah__ in the _____ District of __Oregon__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 111(a), 111(b) | Aggravated Assault of a Federal Officer with a Deadly or Dangerous Weapon |
| 18 U.S.C. § 1361 | Depredation of Federal Property in Excess of $1,000 |

This criminal complaint is based on these facts:
See attached affidavit of FBI Special Agent Daniel Jeffreys

☒ Continued on the attached sheet.

_____(by telephone)_____
*Complainant's signature*

Special Agent Daniel Jeffreys, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at __4:55__ ☒ a.m./p.m.

Date: __01/10/2026__

*/s/ Jolie A. Russo*
*Judge's signature*

City and state: __Portland, Oregon__   The Hon. Jolie A. Russo, U.S. Magistrate Judge
*Printed name and title*