UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:26-cr-__00007-IM__ |
| v. | **INDICTMENT** |
| LUIS NINO-MONCADA, | 18 U.S.C. § 111(a), (b) |
| Defendant. | 18 U.S.C. § 1361 |

THE GRAND JURY CHARGES

**COUNT 1**
(Aggravated Assault on a Federal Employee with a Deadly or Dangerous Weapon)
(18 U.S.C. § 111(a), (b))

On or about January 8, 2026, in Multnomah County, in the District of Oregon, defendant **LUIS NINO-MONCADA** forcibly assaulted Adult Victim 1 (AV1), a Border Patrol Agent employed by the U.S. Department of Homeland Security, Customs and Border Protection (CBP), and a person designated in Title 18, United States Code, Section 1114, while AV1 was engaged in and on account of the performance of his official duties, and in committing that offense, used a deadly or dangerous weapon, namely a Toyota Tacoma pickup truck;

In violation of Title 18, United States Code, Sections 111(a) and (b).

////

////

////

## COUNT 2
### (Depredation of Federal Property)
### (18 U.S.C. § 1361)

On or about January 8, 2026, in Multnomah County, in the District of Oregon, defendant **LUIS NINO-MONCADA** willfully injured and committed a depredation against property of the United States, namely, the vehicle operated by AV1, a Border Patrol Agent employed by the U.S. Department of Homeland Security, Customs and Border Protection (CBP), a vehicle leased to and used exclusively by the United States, with the resulting damage exceeding the sum of $1,000;

In violation of Title 18, United States Code, Section 1361.

Dated: January 13, 2026.

A TRUE BILL.



OFFICIATING FOREPERSON

Presented by:

SCOTT E. BRADFORD
United States Attorney

LEAH K. BOLSTAD, OSB #052039
Assistant United States Attorney

THOMAS H. EDMONDS, OSB #902555
Assistant United States Attorney

Indictment                                    Page 2