INVESTIGATION REPORT

| | |
|---|---|
| CASE: | USA v. Luis Nino-Moncada<br>CR No. 3:26-cr-00007-IM |
| ATTORNEY: | Michael Benson and Peyton Lee |
| INVESTIGATOR: | Courtney Withycombe |
| WITNESS: | Diego Moncada<br>Argentina |

INTERVIEW DATE: 1/20/2026

    I spoke with Diego Moncada by telephone. He agreed to speak with me regarding his maternal cousin, Luis David Moncada. The following is a summary of our conversation.

The family grew up in a small community in San Cristobal, Venezuela. There, Luis lived with his mother and three brothers. Living close by, Diego was able to see Luis often and enjoyed playing video games with him. Diego stated that Luis was able to finish high school and did well in school.



In 2014, There were extensive student protests. Diego described that the Venezuelan police used brutal force against their citizens, often displaying guns and arresting or capturing people without a constitutional right to do so. Diego, Luis and other students protested the political regime, standing up for basic human rights not to be violated. Luis was attacked by the police on one occasion but was never arrested.

In 2017, Diego left Venezuela, like many others during that time. Diego maintained telephone communication with his family and Luis. Diego recalls that Luis wanted to come to the United States for the "'right reasons'. He was looking for a better life." Around 2022, Diego and Luis David spoke about the United States. Luis was excited that he was living in the United States and had found a good job cleaning businesses.

Diego did hear that Luis was previously arrested for DUII.[1] When Diego read the news about the allegations that his cousin is involved or somehow related to Tren de Aragua or that he is violent, he could not believe that. He stated that his cousin was never arrested in Venezuela, he was not known to be violent or in the streets or involved with illegal activity. In fact, Tren de Aragua is a cartel that is based in another part of Venezuela and Juan was not exposed to that in his childhood.

Diego does not believe that his cousin is a danger to our society. He does not believe the allegations about Luis being involved in a cartel. Additionally, Diego stated that he wondered what Luis felt when he was surrounded by the police with guns and masks and if he feared for his life like they had done previously in Venezuela.

.

---

[1] According to OJIN, Luis David Nino-Moncada was charged in a DUII case in November but was released in case 25CR62302 on November 6, 2025, and attended his arraignment on December 8, 2025.

Page **2** of **2** INVESTIGATION REPORT RE: Diego Moncada

Ex. A - Page 2 of 2