IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA,

        Plaintiff,

V.

LUIS NINO-MONCADA,

        Defendant.

Case No: 3:26-CR-00007-IM

ORDER OF CONTINUATION OF DETENTION

    Defendant having previously been ordered detained, IT IS ORDERED that the previous Order of Detention is continued and the Defendant is remanded to the custody of the United States Marshals pending further proceedings or order of this Court.

    DATED this 21st day of January, 2026.

                                      Hon. Jeff Armistead
                                      United States Magistrate Judge