UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>LUIS NINO-MONCADA,<br><br>                              Defendant. | Case No. 3:26-cr-00007-IM-1<br><br>ORDER ALLOWING ISSUANCE OF SUBPOENAS UNDER RULE 17(c) AND REQUIRING PRODUCTION OF DOCUMENTS IN ADVANCE OF TRIAL |

Based upon the Motion for Issuance of Rule 17(c) Subpoena filed by defendant,

IT IS HEREBY ORDERED that a subpoena duces tecum should issue to Adventist Health for any and all records pertaining to the events involving Luis Nino-Moncada that occurred on January 8, 2026, around approximately 2:00p.m. In particular, that Adventist Health should produce all video, audio, or written records pertaining to such events and their investigation to the Court for examination, review, and inspection no later than February 10, 2026, at 9:00 a.m.

SO ORDERED this 26th day of January, 2026.

/s/ Karin J. Immergut
Hon. Karin J. Immergut
United States District Judge

Submitted by:

/s/ Peyton Lee
Peyton Lee, OSB #164224

Page 1   Proposed Order for Issuance of Rule 17(c) Subpoena

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>LUIS NINO-MONCADA,<br><br>　　　　　　　　　Defendant. | Case No. 3:26-cr-00007-IM-1<br><br>ORDER ALLOWING ISSUANCE OF SUBPOENAS UNDER RULE 17(c) AND REQUIRING PRODUCTION OF DOCUMENTS IN ADVANCE OF TRIAL |

Based upon the Motion for Issuance of Rule 17(c) Subpoena filed by defendant,

IT IS HEREBY ORDERED that a subpoena duces tecum should issue to Allied Security for any and all records pertaining to the events involving Luis Nino-Moncada that occurred on January 8, 2026, around approximately 2:00p.m. In particular, that Allied Security should produce any and all records of what officer or agent was on duty at the time of the event, and any and all body worn camera, other video, audio, or written records pertaining to such events and its investigation to the Court for examination, review, and inspection no later than February 10, 2026, at 9:00 a.m.

　　　　　SO ORDERED this 26th day of January, 2026.


　　　　　　　　　　　　　　　　　　　　　/s/ Karin J. Immergut
　　　　　　　　　　　　　　　　　　　　Hon. Karin J. Immergut
　　　　　　　　　　　　　　　　　　　　United States District Judge


Submitted by:

*/s/ Peyton Lee*
Peyton Lee, OSB #164224


Page 1　Proposed Order for Issuance of Rule 17(c) Subpoena

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>LUIS NINO-MONCADA,<br><br>　　　　　　　　Defendant. | Case No. 3:26-cr-00007-IM-1<br><br>ORDER ALLOWING ISSUANCE OF SUBPOENAS UNDER RULE 17(c) AND REQUIRING PRODUCTION OF DOCUMENTS IN ADVANCE OF TRIAL |

　　　　Based upon the Motion for Issuance of Rule 17(c) Subpoena filed by defendant,

　　　　IT IS HEREBY ORDERED that a subpoena duces tecum should issue to FORA Health for any and all records pertaining to the events involving Luis Nino-Moncada that occurred on January 8, 2026, around approximately 2:00p.m. In particular, that FORA Health should produce all video, audio, or written records pertaining to such events and their investigation to the Court for examination, review, and inspection no later than February 10, 2026, at 9:00 a.m.

　　　　SO ORDERED this 26th day of January , 2026.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Karin J. Immergut
　　　　　　　　　　　　　　　　　　　　　　　　Hon. Karin J. Immergut
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Submitted by:

*/s/ Peyton Lee*
Peyton Lee, OSB #164224

Page 1　Proposed Order for Issuance of Rule 17(c) Subpoena

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>LUIS NINO-MONCADA,<br><br>            Defendant. | Case No. 3:26-cr-00007-IM-1<br><br>ORDER ALLOWING ISSUANCE OF SUBPOENAS UNDER RULE 17(c) AND REQUIRING PRODUCTION OF DOCUMENTS IN ADVANCE OF TRIAL |

Based upon the Motion for Issuance of Rule 17(c) Subpoena filed by defendant,

IT IS HEREBY ORDERED that a subpoena duces tecum should issue to Portland Police Bureau for any and all records pertaining to the events involving Luis Nino-Moncada that occurred on January 8, 2026, beginning around approximately 2:00p.m. In particular, that Portland Police Bureau body worn camera, other video, audio or written statements or reports related to the investigation of these events to the Court for examination, review, and inspection no later than February 10, 2026, at 9:00 a.m.

SO ORDERED this 26th day of January , 2026.

/s/ Karin J. Immergut
Hon. Karin J. Immergut
United States District Judge

Submitted by:

*/s/ Peyton Lee*
Peyton Lee, OSB #164224

Page 1   Proposed Order for Issuance of Rule 17(c) Subpoena