# INVESTIGATION REPORT

CASE: USA v. Luis Nino-Moncada
CR No. 3:26-cr-00007-IM

ATTORNEY: Michael Benson and Peyton Lee

INVESTIGATOR: Courtney Withycombe

WITNESS: Jhonathan Moncada
Confidential

INTERVIEW DATE: 8/10/26

On August 10, 2026, I spoke with Jhonathan Moncada and we discussed his brother's upcoming sentencing hearing. The following is a summary of our conversations.

Jhonathan stated that his mother was abandoned by their father when he was three or four years old. He believes his oldest brother was eight or nine and Luis would have been about one year old. They lived close to many family members, including uncles, aunts and multiple cousins. He stated the shock of his father leaving their mother bedridden for three years. In addition to the shock, he describes his mom as being "half of her body" (she was a victim of a burn, causing injury to half her body). The family relied on their grandmother, Blanca Lupe, to take care of the children until their mother was better.


(photo of extended family with Luis)

Luis was very close to his mother and grandmother. He spent a lot of time taking care of them, laying in their beds and talking for hours.


Photo of Luis with his grandmother

Jhonathan stated that the three brothers attended college. Javier received a degree in engineering and Jhonathan received a degree in business management. He stated that Luis did not finish school, but he had attended at a time when there were many student protests going on around the country and it was a hard time, economically and socially.

Luis dreamed of playing baseball, Jhonathan recalls. He played on a team until he was about fifteen or sixteen years old. He loved hanging out with friends, attending sporting events and dancing.



Luis and friends at a sporting event in Venezuela

The last time Jhonathan saw his brother was in 2017. During the great migration, many people left Venezuela around the same time. Jhonathan has been in three different countries since he left. Jhonathan stated that his brother migrated to the United States somewhat recently and lived in Washington and then came to Oregon. Jhonathan never believed his brother was part of a gang, as the news alleged and he has never known him to be involved in illegal activities. He does know that Luis was in almost daily contact with their mom when he was in the United States. He sent her money monthly for her food and medication. I asked what diagnosis his mother has, and he is not sure He stated that she has been hospitalized three times since Luis has been arrested. He further explained that any shock, positive or negative, causes her to lose consciousness. She has been so worried about her son and unable to speak with him regularly, so the family is looking forward to his return.