# INVESTIGATION REPORT

CASE: USA v. Luis Nino-Moncada
CR No. 3:26-cr-00007-IM

ATTORNEY: Michael Benson and Peyton Lee

INVESTIGATOR: Courtney Withycombe

WITNESS: Diego Arturo Corales Moncada
Confidential

INTERVIEW DATE: 8/11/26

On August 11, 2026, I spoke with Diego Corales Moncada and we discussed his cousin's upcoming sentencing hearing. The following is a summary of our conversations.

Diego Corales Moncada is currently thirty-two years old and living in Argentina. Growing up, he and his cousin Luis lived in the same town about fifteen minutes away from one another. They did attend different schools, but they were often together growing up. He stated whenever he went to visit his grandmother he and Luis would hang out together. Their extended family was very close, celebrating birthdays and Christmases together. As they grew up, they attended sporting events and weddings together.



Christmas and the cousins



The cousins gathering for a cousin's wedding

Diego stated that he was studying in Venezuela to be a psychologist. The universities would open and close without notice. Each day he stated was worse than the one before economically. People were allowed to buy food once a week, standing in line for hours for basic things like cooking oil, rice and toilet paper. He stated the government caused the biggest immigration flood of Venezuelan youth starting in 2017. Many left, moving to other countries to study or work. His hope was always to be able to finish his education while sending money to his family. His end goal is to be able to earn enough that he can have his parents move to him. Diego maintained contact with Luis, but it was less frequent.

Some time after he left the country, he learned of the passing of his uncle. Luis' mother's mental health and physical health deteriorated almost immediately. Diego stated his mother is a nurse and so she took care of her sister. Luis' mother started forgetting who people were, she became scared of things and was struggling. She was taken to the hospital and treated and put on medication. Diego believes that Luis stayed on in Venezuela longer to be able to care for his mother.

Diego learned from his mother that Luis had made it to the United States. He was surprised it was the United States and not another country because of the language barriers. Diego stated he wanted the Judge to know that his cousin is a good person who lived through a scary situation here in the United States, but he has a family who is waiting for him to come home.