# INVESTIGATION REPORT

CASE: USA v. Luis Nino-Moncada
CR No. 3:26-cr-00007-IM

ATTORNEY: Michael Benson and Peyton Lee

INVESTIGATOR: Courtney Withycombe

WITNESS: [redacted]

INTERVIEW DATE: 1/26/2026

I contacted [redacted] and we scheduled a time to talk after her work hours at the [redacted]. I had previously learned that [redacted] had called 911 after the shooting that took place on January 8th and made statements to the 911 dispatch officer as well as the responding officer. In addition, she took photographs during the incident and provided a thumb drive to agents that were investigating the shooting. The following is a summary of our conversation. It should be noted that I did go to the [redacted] on January 28th, 2026, to obtain a thumb drive that contains the same photos she previously provided investigators and the metadata was included.

[redacted] is a retired police officer. She is currently working at the [redacted]. The [redacted] clinic is located on the second floor of the [redacted] on the left side when you are facing the building, closest to the entrance area.



[redacted] stated on January 8, 2026, she was upstairs at her office working at the desk when she heard a “crunch”. She stood up to take a look at what was going on outside and heard “three to four pops.” She stated that she is retired officer and immediately yelled shots fired and went to the window where she saw a red pickup. Surrounding the pickup, she saw multiple people. She stated they did not have their vests on or badges and she was not able to identify where they were from.

[redacted] after the shooting she called 9-1-1 and spoke with dispatch. Her co-worker, [redacted] asked [redacted] if she should call security for which she suggested she did. [redacted] stated she assumed that the people that were outside were ICE agents as Portland Police Officers would have followed protocol and would have been identified.

[redacted] stated saw the red truck back slowly away from the people that were surrounding the truck. She described a black car T-boning the red truck and provided a drawing to me via text message.




[redacted] she saw the red pickup truck’s reverse lights go on, and the truck reversed and turned to the right, and she lost sight of it as it passed under the under hang of the building. She continued to watch the agents outside and explained to the 9-1-1 dispatch what she was watching. Dispatch patched her through to a Portland Police Officer. She stated she saw the minivan drive through the scene. She started taking photos of the scene.

The following is a description of her photos and what she believed to see.

1) After the red truck left and went South, she saw a guy in front of a dark SUV. She also saw a man in a plaid shirt who was out of his vehicle. Another man wore jeans and a tan

coat. A fourth person had tan pants and a black shirt. She did not see vests or badges/ necklaces



2) The man wearing plaid getting in his car



3) Dark Minivan drove through scene



4) Two of the people are talking



5) Gentleman reaches into dark sedan and pulled out a vest and put it on



6) The Dark SUV with Washington plates began pulling into different spots and the dark minivan parked by the outer fence.





7) She believes the supervisor has shown up. She describes agent as not having a mask on and wearing a badge.



8) Portland Police arrive with their lights on and the black sedan has disappeared.



During the time that she was watching, she eventually saw two uniformed officers from security exit the building. [redacted] assisted a patient leave the building and met with the police officer outside to give a statement.

"I am so bothered. It was like the 1930's all over again. My mother and father were in internment camps." She described herself as feeling "Shell shocked" when she heard that ICE had just shot someone. She is upset that the shooting occurred in the parking of a business where there were people coming and going.

She later learned that one of the victim's of the shooting had a follow up appointment with plastic surgery and she was just arriving for her scheduled appointment.