TALBOTT ASSOCIATES, INC
FORENSIC & CONSULTING ENGINEERS

7 SE 97th Ave | Portland, OR 97216
503.256.3852 | 503.252.7806 (FAX)
www.talbottassociates.com

August 4, 2026
TAI File: 3105301.0003

Federal Public Defender, District of Oregon
101 SW Main, Suite 1700
Portland, OR 97204

Attn: Michael Benson

Re: Evaluation of Shooting Incident & Vehicle Collision
Ref: USA v Luis Nino-Moncada, 26-MJ-00004
Client: Luis Nino-Moncada
D/I: January 8, 2026

Dear Mr. Benson:

Talbott Associates, Inc. (TAI) was requested to evaluate a shooting during a traffic stop. United States Border Patrol agents attempted to stop a 2022 Toyota Tacoma pickup driven by Mr. Luis Nino-Moncada in the parking lot of an Adventist Health Care facility. During the incident, Border Patrol agents fired on the pickup, striking both the driver and front passenger, Ms. Yorlenys Betzabeth Zambrano-Contreras.

This report is based on information currently available and is subject to revision and expansion if additional data become available to TAI. Conclusions presented in this report are based on a reasonable degree of engineering probability. Selected photographs provided to us or taken during the course of our investigation that are referenced in the report are included as figures. The remaining photographs will be provided in electronic format upon request.

## CONCLUSIONS

1. The 2022 Toyota Tacoma struck the 2025 Hyundai Sonata three times during the incident.

2. The maneuvers taken by the driver of the Toyota were consistent with attempts to flee the area.

3. Two shots were fired by Border Patrol agent BP5 during the incident.

4. The shots fired into the Toyota occurred while the shooter was out to the side of the Toyota, at a lateral angle of no more than 20 degrees.

5. When the shots were fired into the side of the Toyota, the shooter was not in a position to have been run into or over by the Toyota.

6. The shots fired into the Toyota occurred after the Toyota started moving forward and into the left front corner of the Hyundai.

7. Incapacitating the driver would not have caused the vehicle to stop moving.

## METHODS AND PROCEDURES

During the course of our investigation, TAI performed the following:

1. Reviewed discovery received from the Federal Public Defender's office. This included (but not limited to):
    a. Police reports and other written documentation, including officer statement summaries.
    b. Surveillance video from Fora Health Treatment & Recovery.
    c. Photographs and/or videos of the scene, officers, vehicles, and other evidence.
    d. Bodyworn camera video from the Portland Police Bureau.

2. Conducted a drone flight of the incident site on January 31, 2026. Photographs were taken at that time and a 3D point cloud rendering was performed

3. Inspected the Toyota pickup and Hyundai sedan on June 10, 2026, during which they were inspected, measured, photographed, and scanned.

4. Analyzed surveillance and bodyworn camera video of incident.

5. Prepared this report.

## DATA AND OBSERVATIONS

*Background*

The arrest warrant affidavit stated, in substance, Border Patrol agents located a Toyota Tacoma, Oregon license [redacted] being driven by Mr. Luis Nino-Moncada and also occupied by Ms. Yorlenys Betzabeth Zambrano-Contreras in the front passenger seat. They initiated a traffic stop in the parking lot of an Adventist Health Care facility located at 10201 SE Main Street in Portland, Oregon. Six agents in three vehicles exited their vehicles, and four approached the Toyota (which was parked in a parking space). The Toyota moved in reverse and forward while turning and fleeing. During the maneuver, the Toyota struck a Border Patrol rental vehicle. Two shots were fired, and the driver's (left) side window of the Toyota shattered.

*Border Patrol Agents Statements*

The Border Patrol Agents were identified only by "BP" and a number as assigned in the reports, but no further details were provided. The summary of selected statements are provided here for context, but are not verbatim.

BP1 did not identify which vehicle he was in, but based upon BP4's statements, BP1 was the passenger in the Mazda SUV. He said that the black Hyundai parked behind the Toyota, and the rest of the team parked behind the Hyundai. He said that three to four agents exited their vehicles and approached the Toyota, including himself and the other occupant of the Mazda (BP4). He stated that he positioned himself on the driver's (left) side window of the Toyota and attempted to break it with his M4 rifle. He said that the driver appeared anxious and looked for a way to escape. He stated that another agent yelled to the driver that there was a vehicle behind them, and then the driver then backed into the Hyundai one or two times. BP1 said that he then heard two gunshots and saw the driver's window break. He then tried to clear the glass with his rifle, but then the Toyota drove forward and departed.

BP2 confirmed that he was the passenger in the Hyundai and that BP5 was the driver. He noted that the Toyota had parked in a handicapped spot nose-in, facing east, near the entrance to the building. He said that their vehicle pulled up and stopped facing south, directly behind and perpendicular to the Toyota, blocking it in. He believed that two other Border Patrol vehicles joined them right away. He exited his car and approached the driver's side of the Toyota while BP5 approached the passenger (right) side. He told the driver that their vehicle was directly behind, and observed that the driver's side window was rolled up. He said that the driver drove the Toyota in reverse, backing into the Hyundai, then drove forwards and backwards to get away. He noted that there was an uninvolved vehicle a parking spot or two away that had a driver inside of it. He said that he did not raise his firearm because he knew BP5 was on the right side of the Toyota and didn't want to point his gun towards BP5. He described that after the Toyota had rammed the Hyundai once or twice, it was angled approximately 45 degrees from its original position. He then heard two gunshots and saw BP5 at the front left corner of the

Toyota. He saw a hole in the left side window caused by the bullets. Before he could approach the vehicle to break out the remainder of the window, the driver reversed, struck the Hyundai again, then rammed through a gap and drove away.

BP3 was the passenger in the black Dodge Caravan (Chrysler Pacifica) while BP6 drove. He described that they followed the Toyota to a hospital parking lot and that it parked in a space nose first. He said that the lead Border Patrol vehicle pulled in behind the Toyota and attempted to block it in, and noted that he was in the third vehicle behind two others. He was armed with an M4 rifle, exited the vehicle, and moved towards the Toyota. He was positioned between the left side B and C pillars on the Toyota and was within arms reach of the pickup. He saw the Toyota move slightly, then ram the Hyundai behind it. He stated that the Toyota rammed the Hyundai several times, and struck the right side of an uninvolved passenger vehicle. He felt that he was in a good position where he was able to avoid being struck by the Toyota. He heard two gunshots from his left and saw that agent (BP5) was positioned near the front corner of the Toyota and had shot into the driver's (left) side window. He could not tell if anyone had been hit by the bullets. The Toyota then forced its way out of the parking space and left the parking lot.

BP4 said that his partner was BP1 and that they were in a grey Mazda SUV rental following a red Toyota which entered a parking lot. He said that a Border Patrol vehicle pulled in behind it to block it in. He said that his vehicle was the third in order and that he stopped behind two other Border Patrol vehicles. He noted that BP1, armed with an M4 rifle, approached the driver's side of the vehicle. Since he was driving, BP4 had to stop and park their vehicle, during which other Border Patrol agents had already taken up positions around the Toyota. He exited and positioned himself near the Border Patrol vehicle behind the Toyota (Hyundai), and was no closer than 15 feet from the Toyota. He then observed the Toyota repeatedly move back and forth in the parking spot and ram the Hyundai as it attempted to flee. He saw one of the agents move towards the driver side of the Toyota and fire his pistol into the driver side window, and believed that only two shots were fired. BP4 did not see where the bullets went or if anyone was struck, and did not recall how the Toyota was positioned in the parking space when the shots were fired. The Toyota continued and forced its way out of the parking space and fled the parking lot. Due to his distance from the Toyota, BP4 said that at no point was he in fear for his life.

BP5 was carrying his Glock 47 during the incident, and was the driver of the black Hyundai Sonata, while BP2 was the passenger. They followed the Toyota into the medical office parking lot where it pulled straight into a space with the office behind it. BP5 positioned the Hyundai perpendicular to and about five feet behind the Toyota. He noted that there was a gap between the driver's side of the Toyota and an uninvolved vehicle, and a small walkway between the passenger side and another uninvolved vehicle. BP5 exited the Hyundai and went up to the passenger side, while BP2 exited and went to the driver's side. BP5 said that other agents approached the driver's side of the Toyota. He estimated that there were 15 to 30 seconds of commands given to the occupants before the Toyota started to reverse. He then saw an agent use their M4 to attempt to break the window. The Toyota turned its tires and reversed, and the front end in line with

the wheel well made contact with BP5's upper left chest area, pushing him out of the way. He believed that the Toyota went back and forth four to five times, and that during its maneuvers, he ended up directly in front of the Toyota. He unholstered his weapon, but held it in a ready position since he was concerned with crossfire. He said that the Toyota drove straight towards him and that he had minimal places to go as there was a vehicle behind him. He moved out of the way in the nick of time and was barely missed, then fired twice into the driver's side window. He described that the move out of the way and shots occurred within the same movement, and during that movement, the Toyota started passing by him. He estimated that the time to clear the front headlight to the shots fired was about one second. He said that the Toyota was three to five feet away, and believed the speed of the Toyota was five to ten miles per hour. After the shots, the Toyota stopped for a second, and BP5 said he could see the other agents off to the right out of the path of the pickup. The Toyota reversed and struck the Hyundai again, then sped off forward, hitting the Hyundai. BP5 estimated that he was three feet away from the Toyota at this point.

BP6 stated that he was driving a black Chrysler Pacifica rental vehicle and was paired with BP3. They followed the red Toyota pickup into the parking lot, and he said that three law enforcement vehicles also entered, but that two other law enforcement vehicles were stuck at a traffic signal. He stated that the Toyota parked nose first into a parking space and that the lead Border Patrol vehicle (Hyundai Sonata) pulled in directly behind the Toyota. He said that they parked behind the Hyundai, were facing the passenger side of the Toyota, and that another Border Patrol vehicle parked behind them. All six Border Patrol agents exited their vehicles and approached the Toyota. He noted that one agent from the Hyundai approached the driver's side of the Toyota, while the other agent from the Hyundai approached the passenger side. Three of the four remaining agents approached the driver's side of the Toyota to assist the lead agent. He confirmed that the Toyota driver's side window was up. He stated that the Toyota then started a multi-point turn, at which time an agent attempted to break the driver's side window with the butt of his rifle, but was unable to break it. BP6 said he was about 5 to 10 feet behind the agent who attempted to break the window. He said that the Toyota went back and forth four or five times, and that it rammed and sideswiped the driver's side of the Hyundai. One agent then fired two shots from a handgun into the driver's side window, and he described the shots as being about one second apart. BP6 noted that there was an uninvolved vehicle parked to the right of the Toyota. He said that the Toyota squeezed through the gap in front of the Hyundai to exit the parking lot, and that the Toyota hit the Hyundai at least three times before driving away. Because of his location, BP6 said that he did not feel threatened by the movement of the Toyota, but saw that one agent was in front of the Toyota as it began to drive away. He stated that no agent was hit or injured by the Toyota, and that the agent in front of it was able to jump out of the way. When asked, he said that at the time of the gunshots, the agent who fired was in harms way.

*Surveillance Videos of Incident*

Surveillance video from cameras mounted on the Fora Health Treatment & Recovery building located at 10230 SE Cherry Blossom Way recorded the incident. The cameras

were focused primarily on the Fora property such that the incident occurred in the background. Due to the distance and angles relative to the incident, the areas of interest in the videos were of low resolution with limited details visible. Frames from the videos and demonstratives that are referenced below are included at the back of this report.

The videos showed a series of vehicles entering the parking lot from SE Main Street and heading north. This included the Toyota Tacoma followed by three unmarked Border Patrol vehicles: the Hyundai in the lead followed by the Chrysler Pacific, then the Mazda SUV. The vehicles continued north through the parking lot, then turned left and back south along the front of the building.

Two of the videos that showed the most detail regarding the incident were:

- "Exterior SE Parking Lot S C104-1_20260108_140000.mp4" also provided as "NINO-MONCADA_0000378.mp4", and
- "Exterior WM Entrance SE C1XX_20260108_140000.mp4", which was also provided as "NINO-MONCADA_0000379.mp4".

These videos were recorded at nominally 15 frames per seconds. The original videos were subclipped from the 10 minute to 15 minute range to create a shorter, 5-minute segment to work with and evaluate. The frames were extracted and reviewed along with the subclipped and original videos. Cropping of both videos was also performed to focus in on the area where the incident occurred.

The Toyota had entered the parking lot, then circled around and headed south along the first travel lane (379 Frame 3080 / 378 Frame 3060), before turning left into a parking space (379 Frame 3204). As it pulled in, the Hyundai continued south (379 Frame 3212) and stopped behind it. As the Toyota finished pulling forward in the parking space, the Chrysler turned south (379 Frame 3254 / 378 Frame 3224). The left door on the Hyundai opened (379 Frame 3300). Shortly after this, the Chrysler also came to a stop (378 Frame 3313).

A Border Patrol agent in all dark clothing exited and closed the left door of the Hyundai (379 Frame 3330); this was agent BP5, the driver. He then moved towards the passenger side of the Toyota (379 Frames 3337, 3348)(usa-vs-ninomoncada-v0727-0035). At this point, the Mazda SUV started turning left to head south along the travel lane. Another Border Patrol agent wearing a dark colored top and tan pants became visible around the Mazda (still in motion)(379 Frame 3375) and headed to the driver's side of the Toyota. This agent was presumably BP2, the passenger from the Hyundai. At this time, BP5 disappeared from view, being on the right side of and now obscured by the Toyota. BP2 was moving north along the back of the Toyota, then turned east to approach the driver's door area (379 Frames 3393, 3396). No other Border Patrol agents were visible at this time.

The agents from the Chrysler (BP6 and BP3) were observed exiting their vehicle (378 Frame 3352). The agents from the Mazda (BP1 and BP4) were also visible exiting their

vehicle and walking towards the Toyota (379 Frame 3445 / 378 Frame 3410 / 378 Frame 3420). BP1 was to the left (east) of BP4, and both of these agents were north of BP6 and BP3 from the Chrysler. BP6 reached the left rear corner of the Toyota and started moving towards the driver's door area (379 Frame 3449). BP3 then came around the Chrysler (379 Frame 3470) and headed for the Toyota (379 Frame 3500).

At this point, the Toyota backed up a short distance, around 2 feet, such that its left rear tire was now partially visible in the "Exterior WM Entrance SE" video (379 Frame 3500). It then stopped. BP6 was at the rear of the cab, still moving east (usa-vs-ninomoncada-v0727-0049 ), then became obfuscated with the Toyota. BP4 appeared to remain near the back of the Hyundai, while BP1 and BP3 moved to the left rear of the Toyota, and then forward towards the driver's door area. As they moved east along the side of the pickup bed, the Toyota moved forward. It stopped after a short distance, slightly ahead of where it had initially parked (379 Frame 3541). BP1 became obscured, but BP3 was still visible next to the pickup at the back of the bed (usa-vs-ninomoncada-v0727-0052).

BP3 continued to move east, and when he reached the back of the cab, the Toyota reversed (379 Frame 3566). The pickup moved in a left turn manner and hit the Hyundai, pushing it slightly to the west (379 Frames 3600, 3620)( usa-vs-ninomoncada-v0727-0056). Movement presumably from the agents was visible along the driver's side window; however, neither the agents nor their actions were readily discernible. The Toyota (now at an angle relative to other parked vehicles) quickly accelerated forward and stopped abruptly (379 Frame 3648). It then reversed in a left turn direction and came to a stop next to the Hyundai (379 Frame 3712). The position of the Toyota was in the travel lane and at an angle that was closer to the direction of the travel lane than to the parking space.

Movement was visible off to the left of the Toyota, but no agents were identified in front of the vehicle (379 Frame 3725). The Toyota moved forward (usa-vs-ninomoncada-v0727-0106), then rotated abruptly (379 Frames 3739, 3750, 3760, 3772)( usa-vs-ninomoncada-v0727-0113). Based upon the damage to the vehicles (see below), this appears to be when the Toyota became entangled with the Hyundai and stopped. An agent could be seen approaching the left side of the Toyota, and appeared to have raised their arms (379 Frames 3801, 3805). This agent continued towards the side of the Toyota, and another agent could be seen behind them also approaching the pickup (379 Frame 3816). A third agent followed the first two and also had their arms outstretched (379 Frame 3850). At this time, apparent smoke from the rear tire(s) on the pickup was visible from the tires spinning on the pavement. The Toyota began to move forward (379 Frame 3860), and a fourth agent became visible (379 Frame 3873). The Toyota continued forward and left the parking lot (379 Frame 3900)( usa-vs-ninomoncada-v0727-0117.

*Surveillance Video of Witnesses*

Several views from the Fora surveillance videos were correlated using events visible in each. From there, the reaction of a witness was observed relative to the shooting incident.

This person was visible walking west across the entire front sidewalk of the Fora building, and was looking at their cell phone. Upon reaching the southwest corner of the building, he put his phone in his back pocket and turned to enter. He abruptly turned further to look at something that attracted his attention in the parking lot to the south (Adventist building parking lot). Given that he was initially looking away from this area, this was an audible event.

Other views showed that immediately before this person turned to look, the Toyota had just backed into the Hyundai and was now driving forward. The sound of the collision appeared to have caused the person to look at what was happening.

The person watched for several seconds, then started to walk quickly back to the front of the building. When he started walking back, the Toyota had already run into the left front corner of the Hyundai, and was now beginning to move again after getting stuck. The witness was visible as he stopped, took out his cell phone, and appeared to record for several seconds. He then went back to the employee entrance, keyed himself in, and entered the building.

*Shooting Scene and Evidence*

Photographs of the scene showed the Adventist building parking lot, vehicle debris, and the position of the Hyundai and other evidence following the incident (Figures 1, 2). The Adventist building faced to the east and had a porte-cochere at the main entrance. Perpendicular parking was provided along the sidewalk across the front of the building, and in rows further from the building with the spaces closest to the main entrance striped for handicapped parking. Beyond the first travel lane in the first parking island were several handicapped stalls. Three handicapped spaces were situated north of the pedestrian walkway that extended from the porte-cochere, and these spaces had dedicated access between them.

The Hyundai rest position was in the nearest travel lane and just north of the entrance (Figures 3, 4). The back of the vehicle was approximately in line with the north end of the northmost handicapped space (Figure 5), and the front was almost to the south edge of the northmost access area (Figure 6). The vehicle was oriented to the south and biased towards the east side of the lane, consistent with positioning used to block in a parked vehicle. The vehicle was damaged from impacts by the Toyota and is described in further detail below.

Vehicle debris was observed in front (south) and to the left of the Hyundai. The debris in the travel lane was south of the Hyundai and included a step from the Toyota, and small

pieces of broken plastic and metal components (Figures 3, 7). Another step from the Toyota was located in front of the left front tire on the Hyundai. The front bumper cover from the Hyundai was in the access space between the two northmost handicapped parking spaces. Given the configuration of the contact between the Toyota and Hyundai, it appeared that the cover was moved to this location after the collision incident.

Two areas of broken glass were noted in this access space (Figures 5, 6). The first cluster was located in the middle of the west end of the space, approximately equidistant from the north, south and west edges of the space. The second cluster was just southwest of the southwest corner of the space, in the travel lane and behind (west) of the second handicapped parking space. Both sets of broken glass pieces were consistent with a vehicle's tempered side window glass.

Two curved tiremarks from the Toyota were observed between the Hyundai and the parking island spaces. The west mark started behind the middle of the northmost handicapped parking space (Figure 5), curved right towards the left front corner of the Hyundai, and then curved back to the left as it continued south through the travel lane (Figure 7). The east mark was parallel to the west mark. It appeared to start in the access area between the two northern handicapped spaces and continued just west of the southwest corner of the access space. It also curved back to the left to head south along the travel lane. The path of these marks was consistent with the travel of the Toyota and spinning tires visible in the surveillance video, following rotation of the Toyota after its final engagement with the front end of the Hyundai.

Additional damage was documented to the plastic slats in the south side chainlink fence around the dumpster bins. This area was located in an east-west parking lot island on the north side of the building. The fenced area inline and north of the sidewalk that ran across the front (east side) of the building. These damages did not appear to be bullet strikes or otherwise related to this incident.

Two shell casings and one unspent cartridge were recovered from the site, with all three in or near the northmost handicapped parking space in the first parking island (Figures 8, 9). One casing marked with placard 6 was located on the north side of the north parking lot line for the northmost handicapped space and was about halfway (east-west) between the parking island and the end of the stripe. The second casing, identified by placard 5, was found a few feet from the parking island, and about 1/3 the space width south from the north parking stripe. The cartridge was recovered from near the center of the space and marked with placard 4.

*Portland Police Bureau Bodyworn Camera Video*

The Portland Police Bureau (PPB) responded to the shooting site and provided bodyworn camera video taken during their response. In one video (01 - 26-7249,DISTW-ASST_RENDERED-LAW_ENF_AGY-47.mp4), the Border Patrol agent who fired his handgun, BP5, described his shooting position and direction (Figure 10). This was in

order for Portland Police to canvas and account for any stray bullet strikes to persons or property.

The Border Patrol agent stood in the access space between the two northmost handicapped stalls in the parking island, in the middle of the second diagonal area from the west. He made a two-handed gun motion towards the direction he had been shooting. This direction was off to the right of the recording PPB officer who was standing just northwest of the northwest corner (end stripe) of the northmost handicapped parking space. Based upon the layout of the parking lot and area, BP5 appeared to be pointing generally at the north end of the building.

*2022 Toyota Tacoma Pickup*

The 2022 Toyota Tacoma pickup was a red, four-door, four-wheel drive pickup with Oregon license [redacted] and vehicle identification number [redacted] (Figures 11, 12, 13). The vehicle appeared to be in generally good condition with minor damage from the incident to the right rear corner, as well as scuffing and scratches along the right side.

The scuffing on the right side of the pickup was in the front to rear direction (Figure 14). It started at the back of the right front wheel arch and continued to the front of the right rear wheel arch. The scuffs were shallow without significant intrusion into the body panels. These marks were about 24 to 31 inches in height over the length of the marks. The right front tire and wheel showed no notable gouging or scuffing from contact.

The Toyota had been equipped with two steps along each side of the cab that had been welded to a mounting bar attached to the underside of the cab. The left set of steps remained attached to the bar and vehicle, and were approximately 15 to 17 inches high, while their mounting bar was about 18 to 20 ½ inches high (Figure 15). The right-side steps had been torn off the vehicle during the incident, but their mounting bar had not; the bar had been removed from the vehicle some time later.

The right rear wheel had some scratches and on the face that continued to minor cuts and gouges in the tire sidewall. The damage showed that these occurred as the tire was rotating in forward motion.

The right rear corner of the rear bumper had a series of minor, horizontal scratches that ranged from about 28 to 32 inches in height (Figure 16). The lower corner of the bumper was about 25 inches in height. The right side of the rear pickup bed behind the rear axle had buckled (Figure 17). This resulted from end loading of the bed when the rear bumper was pushed forward into the back of the bed.

Aside from the broken driver’s side window, no other bullet strikes were observed in the passenger compartment.

*Toyota Visibility/Trajectory Study*

A visibility study was conducted to examine the range of possible trajectories into the cab of the Toyota Tacoma. Eyeheights from 5 feet to 5 feet 9 inches were used. At the time of the inspection of the Toyota, the driver and front passenger seats had been moved significantly rearwards (Figure 18), as compared to the photographs taken where the Toyota had stopped (Figure 19).

When viewed from 5 feet out from the middle of the driver's (left front) door, the front passenger area was visible at all eyeheights (Figures 20, 21). Similarly, as viewed 5 feet to the left of the base of the A-pillar, the front seat areas were visible at all eyeheights (Figures 22, 23). This view was approximately 5 feet back from the front of the Toyota, and angled approximately 20 degrees rearward from lateral across the vehicle.

When standing out 5 feet to the left from the front axle, most of the front passenger seatback was visible; however, the left side mirror obscured the right portion of the seatback (Figures 24, 25). At 5 feet 6 inches, the mirror still blocked the right portion, but at 5 feet 9 inches, the shoulder area of the seatback became visible above the mirror. This demonstrated that with the seats in the original positions, the passenger seat would not have been visible from this location.

Further forward, 5 feet out to the side from the front of the front tire, the left side mirror blocked the view of the right front passenger and seat.

*2025 Hyundai Sonata*

The 2025 Hyundai Sonata was a black, four-door sedan with California license [redacted] and vehicle identification number [redacted] (Figures 26, 27). The vehicle was in generally good condition with scuffing along the left side and damage to the front end. No bullet strikes to this vehicle were observed.

The left rear quarter panel and left end of the rear bumper cover showed minor arc-shaped surface scuffing consistent with tire sidewall contact from the Toyota (Figure 28). This started above the rear axle and continued rearward to the taillight, and was a maximum of about 29 inches in height.

There was moderate impact damage at the back of the left rear door around the door handle and to the front of the quarter panel (Figure 29). This resulted in a shallow indentation on the door panel and a narrow area of crush to the rear door and rear sill area. The overall height of the damage was from about 19 to 40 inches high, while the crush occurred between 24 and 28 inches in height.

Further forward on the Hyundai was another series of shallow arc-shaped scuffs on the very front of the left rear door, left front door, and the back of the left front fender (Figure 30). These were of a similar maximum height as those on the left rear quarter panel and were also consistent with Toyota tire sidewall contact.

The left front corner of the Hyundai showed impact damage and red paint transfers from contact with the Toyota (Figure 31). Impact to the left front fender started above the front axle, where there was a narrow indentation and red paint transfer. This continued forward to the front of the fender. The paint transfer was approximately 30 inches in height. The hood showed no notable damage or paint transfers. The left end of the front bumper cover had scuffing from vehicle contact, while some areas of the front had scratch patterns consistent with rough surface contact, likely from sliding along the paved parking lot after separation from the vehicle.

A short section of the left end of the front bumper impact bar showed deformation at the end from contact by the Toyota (Figure 31). This caused the end of the bar to split and peel forward, confirming impact in the back-to-front direction. This end of the impact bar was approximately 17 to 21 inches in height.

*Border Patrol Firearm*

The Border Patrol firearm documented in the discovery was a Glock 47 9mm Luger handgun, serial number DHS102489, equipped with a Streamlight TLR-7X weapon mounted light. An extended baseplate magazine was observed inserted into the firearm. When removed, the magazine had 17 witness holes consistent with a Glock 47 magazine, and appeared to contain at least 17 cartridges as all of the witness holes were filled.

A photograph of this magazine and ammunition displayed 18 cartridges. 14 appeared to be Speer Gold Dot G2 ammunition with a polymer filled hollow point construction, and cases marked Speer 22 9mm Luger with a shield crest. These were nickel plated with a brass primer. The remaining 4 cartridges had hollow point bullets, nickel plated cases marked FC 9mm+P, and nickel plated primers with a blue sealant.

Two other magazines were documented and were 17-round Glock magazines based upon the witness holes and standard baseplates. Both of these magazines appeared to be full based upon the filled witness holes.

*Bullet and Casing Evidence*

A bullet (Item 1B) was recovered from Ms. Zambrano-Contreras, and was an expanded hollow point bullet with a closed base (Figure 32). It had white fabric or gauze material adhering to the front/nose area, obscuring those features, and cannelure was present around the circumference of the bullet. The diameter of the bullet was approximately 11/32 of an inch, or about 0.34 inches, consistent with a 9mm bullet.

Item 4 was a .223 caliber unfired cartridge with a soft point bullet. The case was marked FC 15 223 Rem, and the firing pin had a dimple in it consistent with chambering in an AR-15 type firearm with a floating firing pin.

Item 5 was a 9mm caliber casing, marked Speer 22 9mm Luger, and a shield crest. It was a nickel plated casing with a brass colored primer. This case was the same construction as the 14 cartridges from the images of the Glock 47 and ammunition. Item 6 appeared to

be the same type of casing as Item 5: a 9mm caliber, nickel plated casing with a brass primer marked Speer 22 9mm Luger and a shield crest (Figure 33).

*Nino-Moncada Injuries*

The injuries to Mr. Nino-Moncada included two gunshot wounds to his upper left arm and contact across his chest.

The entrance to the two gunshot wounds occurred near the midspan of the back of his arm between his shoulder and elbow and were circular in shape. These injuries were about 2 inches apart. Both bullets exited through the inside of his upper arm, and closer in proximity at about ¾ inches of separation. The upper wound (closer to the shoulder) was circular in shape, indicating that the bullet continued to travel in its normal orientation. The lower exit wound (closer to the elbow) was oblong in shape, which indicated that this bullet may have started to tumble before exiting.

The injury across Mr. Nino-Moncada's chest was oblong and consistent with a bullet traveling in a predominantly lateral direction across his chest.

*Zambrano-Contreras Injuries*

Ms. Zambrano-Contreras stated in her interview with the Federal Bureau of Investigations that she had been shot in her breast during the incident, and that there was a lot of blood. No other information or documentation of her injuries was reviewed.

## ANALYSIS AND DISCUSSION

*Vehicle Collision Events*

The movement of the Toyota was analyzed based upon damages to the Toyota Tacoma pickup and Hyundai Sonata, and the surveillance videos of the incident. From the videos, the Toyota backed up from its parked position a short distance, then moved forward a short distance.

After this, the Toyota backed while turning left, impacting the left rear door of the Hyundai with the right rear corner of the Toyota bumper. This caused the indentation to the Hyundai left rear door and doorframe, as well as the scratches on the right rear corner of the Toyota rear bumper and buckling of the right rear portion of the pickup bed.

The Toyota moved forward, but did not strike any other vehicles, as only the Hyundai had been damaged in the incident. It then reversed a second time, stopping in a more parallel direction to the Hyundai and the travel lane. The right rear tire contacted the left rear quarter panel on the Hyundai, leaving the arced marks on the panel.

The Toyota moved forward again, catching its right side steps on the left end of the front of the Hyundai. This caused the abrupt rotation of the Toyota, bringing the vehicle to a

stop, where it sat for several seconds. The Toyota accelerated forward from this location to exit the parking lot. During this last engagement, the front bumper cover on the Hyundai was torn off, the red paint was transferred from the Toyota to the Hyundai, and the left end of the front impact bar was peeled forward. On the Toyota, the scrapes down the right side occurred, and the right side steps were torn off.

The tiremarks from the rear tires on the Toyota visible at the scene were consistent with this path. They followed a righthand curved path to where the pickup struck the left front corner of the Hyundai. The tiremarks continued forward from there, matching the scrapes down the side of the Toyota, then turned left as the pickup started turning left on its exit from the parking lot.

*Number of Shots Fired*

The physical evidence indicated that only two shots were fired from the Glock 47 9mm handgun during the engagement. This evidence included the two spent 9mm casings recovered, the two gunshot wounds to Mr. Nino-Moncada's arm, and the 9mm cartridges remaining in the Glock magazine after the incident, most of which were the same type and brand as the casings recovered. No other spent casings were recovered from the scene, and none from other caliber weapons.

Although less reliable than the physical evidence, the statements from the Border Patrol agents were consistent with the scenario. Multiple agents reported hearing two shots fired, and BP5 reported that he was carrying a Glock 47 9mm handgun and had fired two shots.

*Shooting Trajectory Relative to the Toyota Tacoma*

The trajectory of the gunshots into the Toyota were based upon the physical evidence and configuration of the Toyota.

The only gunshot damage to the Toyota occurred to the driver's side window, which apparently shattered from an apparent bullet impact. No bullet strikes occurred to the front windshield, left side mirror, body panels, roof pillars or other components of the pickup. Additionally, no bullet strikes to the interior of the pickup were reported or found.

The shots that were fired traveled into the left side of the Toyota Tacoma, through the driver's window, and into Mr. Nino-Moncada. The injuries to the back of his upper left arm indicated that he had his arm outstretched towards the steering wheel.

As one of the bullets continued right and into Ms. Zambrano-Contreras's breast, the trajectory of this bullet was predominantly lateral, with some limited front to back trajectory possible. Had this bullet also struck Mr. Nino-Moncada in the chest, this trajectory would be closer to a lateral angle across the pickup.

As the other bullet was not recovered and no other impacts were documented, the only evidence to determine its path was the injury to Mr. Nino-Moncada's arm. Due to the mobility his arm, this shot occurred into the left side of the vehicle, but the exact lateral angle could not be determined. At the most rearward angle, it would be 20 degrees, limited by the presence of and lack of damage to the side mirror. Conversely, this bullet could have a limited forward angle as well.

The visibility study was performed by standing at various positions five feet out to the side of the Toyota and viewing the passenger compartment. It showed that the trajectory of a firearm and bullet laterally out from the center of the driver's door would have clear view of the front occupants within. This angle is nominally 0 degrees (measured laterally) across the Toyota. The furthest forward clear position (five feet out from the side of the pickup) was across from the base of the A-pillar, or at about a 20 degree rearward angle as measured laterally across the pickup. Had the shooter and firearm been closer to the front of the Toyota, the left side mirror would have interfered with the bullet path, and been struck.

*Surveillance Video*

The surveillance video showing a witness in front of the Fora building suggested that the shooting event occurred after the Toyota had become stuck on the front corner of the Hyundai. The rearward impact of the Toyota into the Hyundai appeared to draw his attention initially. After this, the shots fired appeared to cause him to get his cell phone out to record the events.

*Border Patrol Shooting*

Due to the low resolution of the Fora surveillance videos, the shooting and related effects were not discernible. No muzzle flash, soot discharge, firearm recoil, casing ejection, or falling, shattered glass was noted.

From BP5's description of his shooting position as per the PPB bodycam video, his shooting location was near the east end of the handicapped access space. Given the path of the Toyota (moving forward after backing into the Hyundai the second time) and potential trajectory angles from the visibility study, the Toyota would have been at or near where it got stuck on the left front corner of the Hyundai at the time the shots were fired. This was consistent with the glass located in the handicapped access space.

The glass at the southwest corner of the handicapped access space could have resulted from multiple possible causes. First, the Toyota's forward motion along the corner of the Hyundai could have caused additional glass to dislodge, resulting in this second deposit. Additionally, had the second gunshot been fired as the Toyota started its forward motion, this bullet may have disturbed some of the remaining glass, resulting in it falling to this area.

Respectfully submitted,

TALBOTT ASSOCIATES, INC.







Franklin E. Wong, P. E.
Primary Engineer

Laurence F. Juhnke, P. E.
Peer-Reviewing Engineer




379 Frame 3080, screenshot from Fora Health Treatment & Recovery surveillance video




378 Frame 3060, screenshot from Fora Health Treatment & Recovery surveillance video




379 Frame 3204, screenshot from Fora Health Treatment & Recovery surveillance video




379 Frame 3212, screenshot from Fora Health Treatment & Recovery surveillance video




379 Frame 3254, screenshot from Fora Health Treatment & Recovery surveillance video




378 Frame 3224, screenshot from Fora Health Treatment & Recovery surveillance video




379 Frame 3300, screenshot from Fora Health Treatment & Recovery surveillance video




378 Frame 3313, screenshot from Fora Health Treatment & Recovery surveillance video




379 Frame 3330, screenshot from Fora Health Treatment & Recovery surveillance video




379 Frame 3337, screenshot from Fora Health Treatment & Recovery surveillance video




379 Frame 3348, screenshot from Fora Health Treatment & Recovery surveillance video




usa-vs-ninomoncada-v0727-0035




379 Frame 3375, screenshot from Fora Health Treatment & Recovery surveillance video




379 Frame 3393, screenshot from Fora Health Treatment & Recovery surveillance video




379 Frame 3396, screenshot from Fora Health Treatment & Recovery surveillance video




378 Frame 3352, screenshot from Fora Health Treatment & Recovery surveillance video




379 Frame 3445, screenshot from Fora Health Treatment & Recovery surveillance video




378 Frame 3410, screenshot from Fora Health Treatment & Recovery surveillance video




378 Frame 3420, screenshot from Fora Health Treatment & Recovery surveillance video




379 Frame 3449, screenshot from Fora Health Treatment & Recovery surveillance video




379 Frame 3470, screenshot from Fora Health Treatment & Recovery surveillance video




379 Frame 3500, screenshot from Fora Health Treatment & Recovery surveillance video



usa-vs-ninomoncada-v0727-0049




379 Frame 3541, screenshot from Fora Health Treatment & Recovery surveillance video



usa-vs-ninomoncada-v0727-0052




379 Frame 3566, screenshot from Fora Health Treatment & Recovery surveillance video



379 Frame 3620, screenshot from Fora Health Treatment & Recovery surveillance video



379 Frame 3648, screenshot from Fora Health Treatment & Recovery surveillance video



379 Frame 3712, screenshot from Fora Health Treatment & Recovery surveillance video



usa-vs-ninomoncada-v0727-0103



379 Frame 3725, screenshot from Fora Health Treatment & Recovery surveillance video



usa-vs-ninomoncada-v0727-0106



379 Frame 3739, screenshot from Fora Health Treatment & Recovery surveillance video



379 Frame 3750, screenshot from Fora Health Treatment & Recovery surveillance video



379 Frame 3760, screenshot from Fora Health Treatment & Recovery surveillance video



379 Frame 3772, screenshot from Fora Health Treatment & Recovery surveillance video




usa-vs-ninomoncada-v0727-0113




379 Frame 3801, screenshot from Fora Health Treatment & Recovery surveillance video




379 Frame 3805, screenshot from Fora Health Treatment & Recovery surveillance video




379 Frame 3816, screenshot from Fora Health Treatment & Recovery surveillance video




379 Frame 3850, screenshot from Fora Health Treatment & Recovery surveillance video



379 Frame 3860, screenshot from Fora Health Treatment & Recovery surveillance video




379 Frame 3873, screenshot from Fora Health Treatment & Recovery surveillance video



379 Frame 3900, screenshot from Fora Health Treatment & Recovery surveillance video



usa-vs-ninomoncada-v0727-0117




Figure 1, provided




Figure 2, provided



Figure 3, provided




Figure 4, provided



Figure 5, provided



Figure 6, provided



Figure 7, provided




Figure 8, provided



Figure 9, provided




Figure 10, screenshot from Portland Police Bureau bodyworn camera video




Figure 11




Figure 12




Figure 13



Figure 14, provided



Figure 15, provided



Figure 16, provided




Figure 17



Figure 18




Figure 19, provided



Figure 20



Figure 21



Figure 22



Figure 23



Figure 24



Figure 25



Figure 26



Figure 27



Figure 28, provided



Figure 29, provided



Figure 30, provided



Figure 31, provided



Figure 32



Figure 33