# INVESTIGATION REPORT

CASE: USA v. Luis Nino-Moncada

CR No. 3:26-cr-00007-IM

ATTORNEY: Michael Benson and Peyton Lee

INVESTIGATOR: Courtney Withycombe

WITNESSES: [redacted]

INTERVIEW DATE: 2/2/2026

On February 2, 2026, I was contacted telephonically by [redacted] who informed me that he had a hard drive with the subpoenaed material on it. He asked if I wanted to pick it up or if they should bring it to Court. I offered to travel to his office within an hour to retrieve the video surveillance and he agreed. I arrived at Fora health where [redacted] met me downstairs and took me to his office on the second floor. The following is a summary of our discussion.

On the day of the shooting, FBI agents arrived at For a Health and spoke with a late-night worker regarding surveillance. [redacted] was not in the office and did not speak with them the night of the incident. The day after, two agents showed up asking about surveillance. [redacted] met with them and offered to show it to them but said they would need a subpoena, for him to give them a copy. One of the agents was [redacted], whose card says Beaverton Detective. The other person did not provide a card.

[redacted] accompanied the agents to the same office where I met with [redacted]. There was a desk and a few large computer monitors. [redacted] stated the agents were sitting where I was sitting and he turned the monitors around. On their surveillance videos at Fora, [redacted] was able to utilize his computer which had something like a time stamp navigation bar. He was able to verify that the time of the video was consistent with the actual time. Agents gave him a timeline to search to see if the incident was captured.

[redacted] stated, "That day it was obvious you could see the vehicles and witnesses." He stated the agents were discussing the witnesses in the video. He stated they were also able to see the patient transport bus and other people in the area.

[redacted] arrived at Fora on January 26th and picked up the records after a subpoena was finally served.